# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| RAYMOND PINK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:19-cv-51-JDK |
| § | |
| COMBE INCORPORATED; COMBE § | |
| PRODUCTS, INC.; COMBE § | |
| LABORATORIES, INC.; and COMBE § | |
| INTERNATIONAL, LLC f/k/a § | |
| COMBE INTERNATIONAL LTD, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

As per the parties' stipulation, the Court has **DISMISSED WITHOUT PREJUDICE** all pending claims in this lawsuit. Accordingly, the Court now enters final judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**So ordered and signed on this**
Mar 6, 2020

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE